No. 967. DIXIE TERMINAL CO. v. UNITED STATES.

Decided June 1, 1936. *Per Curiam:* The motion to dismiss the certificate is granted and the certificate is dismissed. *Jewell* v. *Knight,* 123 U. S. 426, 433; *Cross* v. *Evans,* 167 U. S. 60, 63; *B. & O. R. Co.* v. *Interstate Commerce Comm'n,* 215 U. S. 216, 221; *United States* v. *Mayer,* 235 U. S. 55, 66; *Larabee Flour Mills Co.* v. *First National Bank of Dublin,* 290 U. S. 594; *Mantle Lamp Co.* v. *Aluminum Products Co.,* 297 U. S. 638; *Smith, Collector* v. *Ajax Pipe Line Co.,* ante, p. 641. *Solicitor General Reed* for the United States in support of the motion. *Messrs. Charles P. Taft* and *Robert A. Taft* for Dixie Terminal Co.

No. 1049. MOZINGO v. MARION STEAM SHOVEL CO.

Decided June 1, 1936. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *New York Central R. Co.* v. *White,* 243 U. S. 188, 197, 198, 200–202; *Mountain Timber Co.* v. *Washington,* 243 U. S. 219, 236; *Middleton* v. *Texas Power & Light Co.,* 249 U. S. 152, 163; *Rolette* v. *Rothstein Dental Laboratories, Inc.,* 289 U. S. 736. *Messrs. Paul D. Smith* and *Thomas H. Sutherland* for appellant. No appearance for appellee.